UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv1672-WQH (BLM) |
| Plaintiff, | **ORDER DENYING IN PART JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE BUT CONVERTING CONFERENCE TO TELEPHONIC CONFERENCE** |
| v. | |
| 99C FOR U, INC. dba 99 CENTS ONLY STORES; KENT HOLDINGS, LLC, | [Doc. No. 6] |
| Defendants. | |

On November 19, 2008, the parties filed a joint motion requesting that the Court continue the Early Neutral Evaluation Conference (ENE) approximately forty-five days. Doc. No. 6. In light of Civil Local Rule 16.1(c), the Court **DENIES IN PART** the joint motion. However, the Court finds it appropriate to convert the ENE to a <u>telephonic, attorneys-only</u> ENE to be held on **December 18, 2008** at **1:45 p.m.** The Court will initiate the call. Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: November 20, 2008

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

08cv1672-WQH (BLM)

1 | COPY TO:
2 | HONORABLE WILLIAM Q. HAYES
  | U.S. DISTRICT JUDGE
3 |
  | ALL COUNSEL